UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ADRIENNE A.,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO Commissioner of the Social Security Administration,<br><br>Defendant. | ) | No. 1:25-cv-02474-MPB-TAB |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff sought judicial review of the Commissioner's denial of Plaintiff's claim for disability benefits. (Docket No. 1). The Court referred the matter to the Magistrate Judge, who issued a thorough report recommending that the Commissioner's decision be affirmed. (Docket No. 15).

Federal Rule of Civil Procedure 72(b)(2) gives parties fourteen days to object to the Magistrate Judge's Report and Recommendation. No party has done so within that time. Consequently, the Court reviews the Report and Recommendation for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

After reviewing the record, the Court finds that the Magistrate Judge did not commit clear error. Therefore, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation. (Docket No. 15). The Commissioner's decision is **AFFIRMED**. Judgment consistent with this Order shall issue by separate entry.

**IT IS SO ORDERED**.

Dated: October 22, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

Served electronically on all ECF-registered counsel of record.